DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559) 241-7000

ATTORNEY FOR JOSE ENRIQUE GARIBAY, JR.

FILED

FEB 2 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   )   Case No. 09-CR-00005 AWI
                                )
              Plaintiff,        )   STIPULATION AND ORDER
                                )
     vs.                        )
                                )
JOSE ENRIQUE GARIBAY, JR.,      )
                                )
              Defendant.        )
_____)

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely plaintiff United States of America and its attorney, Kevin Rooney, Assistant United States Attorney, and defendant Jose Enrique Garibay, Jr., and his attorney, Daniel A. Bacon, that the order of Judge Gary Austin allowing the defendant to be released on a property bond of $210,000 secured by properties owned by Araceli and Jose Enrique Garibay, Jr., Amelia and Jose Enrique Garibay, Sr., and Jose Mendoza is hereby amended to allow the property bond to be secured by properties owned by:

Araceli and Jose Enrique Garibay, Jr., 37923 Road 60, Dinuba, California 93618;

Mario Andrade, 37631 Road 57, Dinuba, California 93618; and

Irma Yolanda and Eladio Gonzalez, 37660 Kate Road, Dinuba, California 93618.

Dated: February 18, 2009.                    UNITED STATES ATTORNEY

                                             By: /s/ KEVIN ROONEY

Dated: February 18, 2009.                    /s/ DANIEL A. BACON, Attorney for
                                             Defendant JOSE ENRIQUE GARIBAY, JR.

ORDER

IT HAVING BEEN STIPULATED by the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the order allowing the defendant to be released on a property bond of $210,000 secured by properties owned by Araceli and Jose Enrique Garibay, Jr., Amelia and Jose Enrique Garibay, Sr., and Jose Mendoza is hereby amended to allow the property bond to be secured by properties owned by:

Araceli and Jose Enrique Garibay, Jr., 37923 Road 60, Dinuba, California 93618;

Mario Andrade, 37631 Road 57, Dinuba, California 93618; and

Irma Yolanda and Eladio Gonzalez, 37660 Kate Road, Dinuba, California 93618.

Dated: February 20, 2009.

HON. GARY S. AUSTIN
United States Magistrate Judge

Stipulation and Order 2