# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 26 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 1:09CR00005 AWI
Jose Enrique Garibay, Jr. )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Jose Enrique Garibay, Jr._, have discussed with _Montgomery L. Olson_, Pretrial Services Officer, modifications of my release conditions as follows:

The conditions requiring the defendant to participate in the Curfew component of the home confinement program; and, requiring him to be subject to electronic monitoring, shall be removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ 5-22-09          _[signature]_ 5-22-09
Signature of Defendant   Date    Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                     5-26-09
Signature of Assistant United States Attorney      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                     5-26-09
Signature of Defense Counsel                       Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  5/26/09 .
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                     5/26/09
Signature of Judicial Officer                     Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services