```
1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM AVENUE, SUITE 408
   FRESNO, CALIFORNIA 93704-2225
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR JOSE ENRIQUE GARIBAY, JR.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>            )<br>  Plaintiff,    )<br>            )<br>  vs.    )<br>            )<br>JOSE ENRIQUE GARIBAY, JR.,    )<br>            )<br>  Defendant.    )<br>_____) | Case No. 1:09 CR-00005 AWI<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE<br><br>DATE:  February 1, 2010<br>TIME:  9:00 AM<br>DEPT:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, namely the United States of America through its attorney, Assistant United States Attorney Kimberly Sanchez, and defendant Jose Enrique Garibay, Jr., through his attorney, Daniel A. Bacon, that the status conference presently scheduled before the Hon Anthony W. Ishii for February 1, 2010 at the hour of 9:00 AM, be continued to March 8, 2010 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv), and availability of counsel.

Dated: January 25, 2010.            LAWRENCE G. BROWN, United States Attorney

                                    By:/s/ Kimberly Sanchez
                                       KIMBERLY SANCHEZ, Assistant U.S. Attorney
                                       Attorney for Plaintiff

Dated: January 25, 2010. .          /s/ Daniel A. Bacon
                                    DANIEL A. BACON, Attorney for
                                    Defendant JOSE ENRIQUE GARIBAY, JR.

Stipulation to Continue Status Conference
U.S.D.C. No. 1:09-cr-00005 AWI                                                          1

|   |   |
|---|---|
| 1 | ORDER |
| 2 | IT SO ORDERED.  Time is excluded in the interests of justice pursuant to |
| 3 | 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel. |
| 4 |   |
| 5 | IT IS SO ORDERED. |
| 6 | Dated:   January 26, 2010              /s/ Anthony W. Ishii |
|   | CHIEF UNITED STATES DISTRICT JUDGE |