BENJAMIN B. WAGNER
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
SEP 14 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 01:09-CR-00005 AWI |
| Plaintiff, | PUBLIC ORDER SEALING MOTION, APPLICATION TO SEAL, AND ORDER TO SEAL |
| v. | |
| ENRIQUE GARIBAY, Jr., | |
| Defendant. | |

The United States having applied to this Court for an order permitting it to file a document under seal, together with the Government's Application to Seal, Memorandum of Law and accompanying Declaration of Kimberly A. Sanchez, under seal, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, together with the Application of the United States Attorney and the accompanying Memorandum of Law and Declaration of Kathleen A. Servatius, shall be filed with this Court under seal and shall not be disclosed pending further order of this court.

DATED: September 7, 2010

_____
Honorable Anthony W. Ishii
U.S. District Judge

1