```
DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559) 241-7000
```

ATTORNEY FOR Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-CR-00005 AWI |
| Plaintiff, ) | STIPULATION TO EXONERATE PROPERTY BOND AND RECONVEY PROPERTY; AND ORDER THEREON |
| vs. ) | |
| JOSE ENRIQUE GARIBAY, JR., ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, plaintiff United States of America, and its attorney of record, Assistant U.S. Attorney Kimberly A. Sanchez, and defendant Jose Enrique Garibay, Jr., and his attorney Daniel A. Bacon, that the property bond of $210,000.00, secured by the following Deeds of Trust with Assignments of Rents, be reconveyed to the respective owners:

1. The Deed of Trust with Assignments of Rents, recorded on February 18, 2009, as Recordation No. 2009-0009421, be reconveyed to "Mario Andrade, a married man as his sole and separate property."

2. The Deed of Trust with Assignment of Rents, recorded on February 18, 2009, as Recordation No. 2009-0009422, be reconveyed to "Araceli and Jose Enrique Garibay, Jr., also known as Enrique Garibay, husband and wife as joint tenants."

3. The Deed of Trust with Assignment of Rents, recorded on February 18, 2009,

as Recordation No. 2009-0009423, be reconveyed to "Irma Yolanda Gonzalez and Eladio Gonzalez, wife and husband."

DATED: February 9, 2012.       BENJAMIN B. WAGNER,
                                UNITED STATES ATTORNEY


                                By: /s/ Kimberly A. Sanchez
                                KIMBERLY A. SANCHEZ
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


DATED: February 9, 2012.       /s/ Daniel A. Bacon
                                DANIEL A. BACON
                                Attorney for Defendant GARIBAY

O R D E R

IT IS HEREBY ORDERED that the property bonds be exonerated, and the Clerk of the Court be ordered to reconvey the properties set forth in Nos. 1, 2 and 3, above, which were used to collateralize the bond, to the following people:

1. The Deed of Trust with Assignments of Rents, recorded on February 18, 2009, as Recordation No. 2009-0009421, to "Mario Andrade, a married man as his sole and separate property."

2. The Deed of Trust with Assignment of Rents, recorded on February 18, 2009, as Recordation No. 2009-0009422 to "Araceli and Jose Enrique Garibay, Jr., also known as Enrique Garibay, husband and wife as joint tenants."

3. The Deed of Trust with Assignment of Rents, recorded on February 18, 2009, as Recordation No. 2009-0009423 to "Irma Yolanda Gonzalez and Eladio Gonzalez, wife and husband."

IT IS SO ORDERED.

Dated: February 10, 2012                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE